# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JORDAN COPELAND,** individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>**PARLER, INC.,**<br><br>      *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. 3:22-cv-21243-TKW-HTC**<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

For purposes of *Fed. R. Civ. P.* 7.1(a), Defendant Parler, Inc. states that its parent company is Parlement Technologies, Inc. No publicly held corporation owns 10% or more of Parler, Inc.'s stock.

Respectfully submitted this 25th day of October 2022.

                                          **Respectfully Submitted,**

                                          **WOOLSEY MORCOM, PLLC**

                                          By: */s/ Nicholas W. Morcom*
                                          Nicholas W. Morcom
                                          Florida Bar No. 0013767
                                          203 Fort Wade Road, Suite 105
                                          Ponte Vedra, Florida 32081
                                          (904) 638-4235 (telephone)
                                          (904) 638-9302 (facsimile)
                                          nick@woolseymorcom.com
                                          lynda@woolseymorcom.com

          **GRAVES GARRETT, LLC**
Edward D. Greim, MO Bar #54034*
James Humphrey, MO Bar #50200*
*Pro Hac Vice Motions Forthcoming*
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jhumphrey@gravesgarrett.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

This certifies that on the 25th day of October 2022, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system and a copy of the same was served via U.S. Certified mail to:

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **Edelsberg Law, P.A.** |
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| Garrett O. Berg, Esq. | Christopher Gold, Esq. |
| 14 NE 1st Avenue, Suite 705 | 20900 NE 30th Ave., Suite 417 |
| Miami, FL 33132 | Aventura, FL 33180 |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| gberg@shamisgentile.com | chris@edelsberglaw.com |
| | |
| *Co-Counsel for Plaintiff Copeland and Putative Class* | *Co-Counsel for Plaintiff Copeland and Putative Class* |

                                                                      */s/ Nicholas W. Morcom*
                                                                       Attorney