# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JORDAN COPELAND,** individually ) <br> and on behalf of all others similarly ) <br> situated, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> **PARLER, INC.,** ) <br> ) <br> *Defendant*. ) | Case No. 3:22-cv-21243-TKW-HTC |

## NOTICE OF FILING DOCUMENTS PURSUANT TO LOCAL RULE 7.2

Defendant, PARLER, INC., by and through its undersigned counsel and pursuant to Local Rule 7.2(A), gives notice of filing the remaining substantive filings from the state court case (Exhibit "A" hereto) which were not available to be included with Defendant's *Notice of Removal* [D.E. 1].

**Respectfully Submitted,**

**WOOLSEY MORCOM, PLLC**

By: */s/ Nicholas W. Morcom*
Nicholas W. Morcom
Florida Bar No. 0013767
203 Fort Wade Road, Suite 105
Ponte Vedra, Florida 32081
(904) 638-4235 (telephone)
(904) 638-9302 (facsimile)
nick@woolseymorcom.com
lynda@woolseymorcom.com

        **GRAVES GARRETT, LLC**
Edward D. Greim, MO Bar #54034*
James Humphrey, MO Bar #50200*
*Pro Hac Vice Motions Forthcoming*
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
jhumphrey@gravesgarrett.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

This certifies that on the 26th day of October 2022, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system and a copy of the same was served via U.S. Certified mail to:

| **Shamis & Gentile, P.A.** | **Edelsberg Law, P.A.** |
|---|---|
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| Garrett O. Berg, Esq. | Christopher Gold, Esq. |
| 14 NE 1st Avenue, Suite 705 | 20900 NE 30th Ave., Suite 417 |
| Miami, FL 33132 | Aventura, FL 33180 |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| gberg@shamisgentile.com | chris@edelsberglaw.com |
| | |
| *Co-Counsel for Plaintiff Copeland and Putative Class* | *Co-Counsel for Plaintiff Copeland and Putative Class* |

         */s/ Nicholas W. Morcom*
               Attorney