IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR SANTA ROSA COUNTY, FLORIDA

JORDAN COPELAND, individually and
on behalf of all others similarly situated,   **CLASS ACTION**

  *Plaintiff,*   CASE NO.: 22-633-CA

vs.   JURY TRIAL DEMANDED

PARLER, INC.,

  *Defendant.*
_____/

## PLAINTIFF'S MOTION FOR DEFAULT

Plaintiff, Jordan Copeland, through undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.500(b), moves the Court for entry of a Default against Defendant, Parler, Inc., for the failure to appear, answer, or file any pleadings in this cause as required by the Rules of Civil procedure and moves for leave to conduct class discovery and for grounds states:

1. Plaintiff filed his class action complaint against Defendant on September 19, 2022.

2. The complaint was properly served upon Defendant on September 23, 2022. *See* Filing #158239768 Return of Service.

3. Pursuant to FL. R. Civ. P. 1.140(a), Defendant was required to serve a responsive pleading on or before October 13, 2022.

4. Defendant has failed to file or serve any papers in this cause upon Plaintiff prior to the fling of this Motion for Default, nor has Defendant sought any extension to respond.

5. Plaintiff seeks leave to conduct class discovery related to the class size and damages.

Trial courts have broad discretion in overseeing discovery matters. Fla. R. Civ. P. 1.280; *Rojas v. Ryder Truck Rental, Inc.*, 625 So.2d 106, 107 (Fla. 3d DCA 1993).

6. Plaintiff requires this discovery in aid of execution of judgment pursuant to Fla. R. Civ. P. 1.560(a).

WHEREFORE, Plaintiff respectfully moves this Court for the entry of a Default.

I certify that a copy of the foregoing was mailed to the below on October 19, 2022:

Parler, Inc.
901 Woodland St., Suite 104
Nashville, TN 37206

Parler Inc.
Attn: CT Corporation System- Registered Agent
300 Montvue Road
Knoxville, TN 37919

Date: October 19, 2022

*/s/Garrett Berg*
Garrett Berg, Esq.
**SHAMIS & GENTILE, PA**
Fla. Bar No. 1000427
14 NE 1st Ave., Suite 705
Miami, FL 33132
305-479-2299
gberg@shamisgentile.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing filed via Florida e-filings portal and sent via service E-mail on October 19, 2022, to all counsel of record.

By: */s/ Garrett Berg*
    Garrett Berg, Esq.

# EXHIBIT A

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR SANTA ROSA COUNTY, FLORIDA

JORDAN COPELAND, individually and
on behalf of all others similarly situated,  **CLASS ACTION**

   *Plaintiff,*  CASE NO.: 22-633-CA

vs.  JURY TRIAL DEMANDED

PARLER, INC.,

   *Defendant.*
_____/

## [PROPOSED] ORDER GRANTING DEFAULT AND ENTITLEMENT TO CLASS DISCOVERY

     A DEFAULT is entered in this action for the failure of Defendant, Parler, Inc., to serve or file a response or any papers as required by law. Plaintiff is entitled to class discovery and will serve discovery onto Defendant directly.

Date: _____

                                                  By: _____
                                                      Circuit Court Judge