# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

**JORDAN COPELAND,** individually )
and on behalf of all others similarly )
situated, )
  )
     *Plaintiffs*, )
  ) **Case No. 3:22-cv-21243-TKW-HTC**
  **v.** )
  )
**PARLER, INC.,** )
  )
     *Defendant*. )

## CERTIFICATE OF INTERESTED PERSONS

I hereby disclose the following pursuant to this Court's interested persons order.

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

   - Edelsberg Law, P.A. (Counsel for Plaintiff)
   - Graves Garrett LLC (Counsel for Defendant)
   - Jordan Copeland (Plaintiff)
   - Parler, Inc. (Defendant)
   - Parlement Technologies, Inc. (Parent of Defendant)
   - Woolsey Morcom, PLLC (Counsel for Defendant)
   - Shamis & Gentile, P.A. (Counsel for Plaintiff)

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None known.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Jordan Copeland, named Plaintiff
- Unnamed members of putative class

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**Respectfully Submitted,**

**WOOLSEY MORCOM, PLLC**

By: */s/ Nicholas W. Morcom*
Nicholas W. Morcom
Florida Bar No. 0013767
203 Fort Wade Road, Suite 105
Ponte Vedra, Florida 32081
(904) 638-4235 (telephone)
(904) 638-9302 (facsimile)
nick@woolseymorcom.com
lynda@woolseymorcom.com

> **GRAVES GARRETT, LLC**
>
> Edward D. Greim, MO Bar #54034*
> James Humphrey, MO Bar #50200*
> *Pro Hac Vice Motions Forthcoming*
> Graves Garrett, LLC
> 1100 Main Street, Suite 2700
> Kansas City, MO 64105
> Telephone: (816) 256-3181
> Fax: (816) 256-5958
> edgreim@gravesgarrett.com
> jhumphrey@gravesgarrett.com
>
> ***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

This certifies that on the 26th day of October 2022, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system and a copy of the same was served via U.S. Certified mail to:

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **Edelsberg Law, P.A.** |
| Andrew J. Shamis, Esq. | Scott Edelsberg, Esq. |
| Garrett O. Berg, Esq. | Christopher Gold, Esq. |
| 14 NE 1st Avenue, Suite 705 | 20900 NE 30th Ave., Suite 417 |
| Miami, FL 33132 | Aventura, FL 33180 |
| ashamis@shamisgentile.com | scott@edelsberglaw.com |
| gberg@shamisgentile.com | chris@edelsberglaw.com |
| | |
| *Co-Counsel for Plaintiff Copeland and Putative Class* | *Co-Counsel for Plaintiff Copeland and Putative Class* |

                                          */s/ Nicholas W. Morcom*
                                                 Attorney