UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JORDAN COPELAND**, individually
and on behalf of all others similarly
situated,

    **Plaintiff**,

v.                                            Case No. 3:22cv21243-TKW-HTC

**PARLER, INC.**,

    **Defendant**.
_____/

## ORDER OF DISMISSAL

Based on Plaintiff's notice of voluntary dismissal (Doc. 27), it is **ORDERED** that:

1. This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. The Clerk shall terminate all pending motions and close the case file.

**DONE and ORDERED** this 20th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**